IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TERESA EASTER,**

    Plaintiff.

v.

    CASE NO.: 3:14-cv-00262
    JLH/JTK

**SOUTHLAND RACING CORPORATION**

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

**PURSUANT TO** Federal Rule of Civil Procedure 41(a)(1), Plaintiff Teresa Easter, by and through her counsel, hereby stipulates that the civil action against Defendant Southland Racing Corporation shall be dismissed with prejudice and that this Stipulation constitutes a dismissal with prejudice of all claims brought or which may have been brought in this lawsuit. Each party agrees to bear their own costs and attorney fees.

**SO STIPULATED** this 18th day of February, 2015.

| TERESA EASTER | SOUTLHLAND RACING CORPORATION |
|---|---|
| /s/David McLaughlin | /s/Eugene Stone Forrester, Jr. |
| DAVID McLAUGHLIN | EUGENE STONE FORRESTER, JR. (#20120308) |
| MORGAN & MORGAN | FARRIS BOBANGO PLC |
| One Commerce Square | 999 South Shady Grove Road |
| Suite 2600 | Suite 500 |
| Memphis, TN 38103 | Memphis, TN 38210 |
| Fax #: 901.333.1897 | Fax #: 901.259.7150 |
| dmclaughlin@forthepeople.com | esf@farris-law.com |

G:\DATA\Esf\GBASSET\DELAWARE NORTH\EASTER, Teresa\PLEADINGS\STIPULATION OF DISMISSAL WITH PREJUDICE.docx